```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

RENATO LAKATOS,                              25-cv-2506 (JGK)

           Plaintiff,                ORDER

   - against -

50 MURRAY STREET ACQUISITION LLC, ET AL.,

           Defendants.

―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was **April 18, 2025**. To date, no answers have been filed.

    The time for the defendants to answer or respond to the complaint is extended to **May 7, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    The plaintiff should serve a copy of this Order on the defendants and file proof of service on the docket by **April 30, 2025**.

SO ORDERED.

Dated:   New York, New York
          April 23, 2025

                                              _____
                                                  John G. Koeltl
                                          United States District Judge