```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――――

**RENATO LAKATOS,**

               **Plaintiff,**

    **- against -**

**50 MURRAY STREET ACQUISITION LLC, ET AL.,**

               **Defendants.**

**25-cv-2506 (JGK)**

<u>**ORDER**</u>

―――――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **May 28, 2025.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **May 14, 2025**

                                                /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                      **United States District Judge**