UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RENATO LAKATOS,

                Plaintiff(s)

                                                                                      25 civ 2506 (JGK)

       -against-

50 MURRAY STREET ACQUISITION LLC, et al,

                Defendant(s).
----------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, July 29, 2025, at 3:00pm is canceled.

**SO ORDERED.**

                                                                        **JOHN G. KOELTL**
                                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 22, 2025