UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENATO LAKATOS,

<blockquote>Plaintiff,</blockquote>

-v-

50 MURRAY STREET ACQUISITION LLC, et al.,

<blockquote>Defendants.</blockquote>

CIVIL ACTION NO. 25 Civ. 2506 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on January 20, 2026, the parties shall file a joint status letter by **February 23, 2026** confirming that fact discovery has been completed and updating the Court on the status of the parties' mediation.

Dated:     New York, New York
           January 20, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge