UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENATO LAKATOS,

                    Plaintiff,

     -v-                                              CIVIL ACTION NO. 25 Civ. 2506 (JGK) (SLC)

                                                                    **ORDER**
50 MURRAY STREET ACQUISITION LLC, et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On February 18, 2026, the Court granted the parties' request to extend the discovery deadlines in this case and entered the Third Revised Case Management Plan.  (Dkt. Nos. 45–46 (the "Third CMP")).  Pursuant to the Third CMP, all fact discovery must be completed by **March 16, 2026** and all expert discovery must be completed by **April 27, 2026**.  (Dkt. No. 45 at 2). On or before **March 23, 2026**, the parties shall file a joint letter confirming that fact discovery has been completed and updating the Court on the status of any settlement discussions.  On or before **May 4, 2026**, the parties shall file a joint letter confirming that expert discovery has been completed.

Dated:      New York, New York
            February 20, 2026

                              SO ORDERED.


                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**