UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENATO LAKATOS,

Plaintiff,

-v-

CIVIL ACTION NO. 25 Civ. 2506 (JGK) (SLC)

50 MURRAY STREET ACQUISITION LLC, et al.,

**ORDER**

Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on May 14, 2026 (the "Conference"), the Court **ORDERS** the following:

1. The Fifth Revised Case Management Plan, (Dkt. No. 53), is **AMENDED** as follows:

    a. Fact Discovery:

        i. All fact discovery must be completed by **June 5, 2026**.

        ii. On or before **June 12, 2026**, the parties shall file a joint letter confirming that fact discovery has been completed.

    b. Expert Discovery:

        i. Expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure must be made by **June 5, 2026**.

        ii. Rebuttal expert disclosures must be made by **July 6, 2026**.

        iii. On or before **July 6, 2026**, the parties shall file a joint letter setting forth the status of expert discovery.

        iv. All expert discovery must be completed by **July 22, 2026.**

> v. On or before **July 29, 2026**, the parties shall file a joint letter confirming that expert discovery has been completed.

Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.

Dated:   New York, New York
         May 14, 2026

SO ORDERED.

_____

**SARAH L. CAVE**
**United States Magistrate Judge**

2

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
NOTE: CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |