UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENATO LAKATOS,

Plaintiff,

- against -

50 MURRAY STREET ACQUISITION LLC ET AL.,

Defendants.

25-cv-2506 (JGK)

**Order**

**John G. Koeltl, District Judge:**

As discussed during the telephone conference held on September 18, 2026, the plaintiff may file a motion for partial summary judgment by **October 2, 2026.** The defendant shall respond by **October 23, 2026**, and the plaintiff shall reply **November 6, 2026**.

SO ORDERED.

Dated: New York, New York
September 18, 2026

John G. Koeltl
United States District Judge