WWW.GVLAW.COM

GALLO VITUCCI KLAR LLP

Joseph J. Rava
Partner
711 Third Avenue, Suite 500
New York, NY 10017
jrava@gvlaw.com
212-683-7100

October 24, 2026

The opposition is accepted.
SO ordered.
John G. Koeltl
U.S.D.J.
10/26/26

**VIA ECF**
Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Renato Lakatos v. 50 Murray Street Acquisition LLC, et. al.**
Case No.: 25-cv-02506-JGK-SLC

Dear Magistrate Cave:

We represent defendants in the above-referenced matter and respectfully write to explain the brief delay in filing our opposition to plaintiff's motion for summary judgment and accompanying exhibits, which were due on October 23, 2026. The opposition was ultimately filed at 12:04 a.m., and the exhibits were filed at 12:28 a.m., on October 24, 2026.

We began attempting to upload the opposition and accompanying exhibits at approximately 6:40 p.m. on October 23, 2026. After adding the documents, however, the browser repeatedly displayed the error messages, "Hmmm… can't reach this page" and "the connection was reset," preventing us from completing the filing despite repeated attempts. A screenshot of the error message is attached for the Court's reference.

We apologize for the delay and respectfully request that the Court excuse the brief delay and deem the opposition timely filed.

Very Truly Yours,

GALLO VITUCCI KLAR LLP
By:

Joseph J. Rava

*JJR/aos*


Hmmm... can't reach this page
The connection was reset.
Try:
Checking the connection
Checking the proxy and the firewall
ERR_CONNECTION_RESET
Microsoft Edge